# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 22, 2016

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 15-30970   Kristie Mascarella v. CPlace University SNF, L.L.C., et al
                  USDC No. 3:13-CV-642

The court has taken the following action in this case:

Denying opposed motion to suspend briefing.

Granting unopposed motion for an extension of time to and including March 2, 2016 to file Appellants' brief.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Connie Brown, Deputy Clerk
                              504-310-7671

Mr. Philip Bohrer
Mr. Scott E. Brady
Mr. Robert Leonard Campbell
Ms. Heather F. Crow
Ms. Christine S. Keenan
Mr. Eric Ray Miller